# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHMIDT,                      )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>CVS PHARMACY, INC., et al.,   )<br>                                                          )<br>            Defendants.                     )<br>_____) | Case No.  2:19-cv-01687-GMN-BNW<br><br>**ORDER** |

      In reviewing the docket in this case, it previously came to the Court's attention that the parties had not filed a proposed discovery plan and scheduling order. The parties' proposed discovery plan and scheduling order was originally due on 11/18/2019. (*See* ECF No. 7.) Accordingly, the Court subsequently ordered the parties to file a proposed discovery plan and scheduling order by May 6, 2020. (ECF No. 23.) The parties have not complied with this order.

      IT IS THEREFORE ORDERED that by May 20, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order or an order to show cause why the parties should not be sanctioned for failure to comply with this Court's orders will issue.

DATED: May 11, 2020

                                                    **Brenda Weksler**
                                                  **United States Magistrate Judge**